# GATTUSO & CIOTOLI, PLLC
Attorneys at Law

THE WHITE HOUSE ● 7030 EAST GENESEE STREET, FAYETTEVILLE, NY 13066

FRANK S. GATTUSO
315-314-8000
fgattuso@gclawoffice.com

December 16, 2024

**VIA ECF**

Chief Judge Brenda K. Sannes
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261

                                            **Re:**     **Hyney v. Diamond Dolls, Inc.**
                                                          **Case No.: 6:24-cv-00575 (BKS/MJK)**

Dear Judge Sannes:

      As the Court is aware, the parties have reached a settlement in the above referenced matter. The Court set a deadline of today, December 16, 2024, for the filing of a stipulation of dismissal. However, one of the Plaintiffs is having difficulty finding time to come to my office or otherwise sign the agreement in the presence of a notary, as required by the agreement. As such, the Plaintiffs respectfully request a 14-day extension of time for the parties to file a stipulation of dismissal. Plaintiffs conferred with Defendant and received its consent to this request.

                                                   Yours very truly,

                                                   */s/ Frank S. Gattuso*
                                                 Frank S. Gattuso

Cc: John P. Coghlan, Esq. (Via ecf)