UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALYSSA HYNEY and HEIDE WINKLEMAN, individually and on behalf of all other persons similarly situated who were employed by DIAMOND DOLLS, INC. and/or any other entities affiliated with or controlled by DIAMOND DOLLS, INC.,

**STIPULATION OF DISMISSAL**

                                    Plaintiffs,

- against -

**Case No.: 6:24-cv-00575 (BKS/MJK)**

DIAMOND DOLLS, INC., and any related entities;

                                    Defendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Named Plaintiff, ALYSSA HYNEY and HEIDE WINKLEMAN, and Defendant DIAMOND DOLLS, INC., through their undersigned counsel, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, any and all claims asserted by Named Plaintiffs in this action be and hereby are dismissed with prejudice and without costs or fees as to any party. The Parties state that no party hereto is an infant or incompetent.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed by electronic, photocopy, or facsimile signatures, each of which shall be deemed to be and treated as an original.

Dated: December 30, 2024

**GATTUSO & CIOTOLI, PLLC**

By: */s/ Frank Gattuso*
Frank s. Gattuso, Esq.
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000
fgattuso@gclawoffice.com
*Attorneys for Plaintiffs*

Dated: December 30, 2024

**SMITH, SOVIK, KENDRICK & SUGNET, P.C.**

By: */s/ John P. Coghlan*
Steven W. Williams, Esq.
John P. Coghlan, Esq.
250 South Clinton Street, Suite 600
Syracuse, New York 13202
Telephone: (315) 474-2911
*Attorneys for Defendant*

IT IS SO ORDERED:

Brenda K. Sannes
Chief U.S. District Judge

Dated: January 29, 2025
Syracuse, NY